CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 08 2022

JULIA C. DUDLEY, CLERK
BY: /s/ H Beeson
DEPUTY CLERK

Jones
District Judge
Assign. by Clerk's Ofc.

Sargent
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Winston NAjee Reed #1436996
Plaintiff full name                                    Inmate No.

v. Kyle Rosch,
Harold CLARKE et. al.                    CIVIL ACTION NO. 7:22CV457
Defendant(s) full name(s)                (Assigned by Clerk's Office)

*************************************************************************

*The mailing address you provide at A: "**where are you now?**" is where the court will send mail to you*

A. **Where are you now?** Facility and Mailing Address Ely state prison
P.O. Box 1989, Ely, Nevada, 89301-1989.

B. Where did this action take place? Virginia, Red onion St. prison.

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?
✓ Yes         ___ No

If your answer to A is Yes, answer the following:

1. Court: U.S. Dist. court Western Dist. of Virginia.
2. Case Number: 7:22-CV-00169-JPJ-pms

D. Have you filed any grievances regarding the facts of this complaint?
✓ Yes         ___ No

1. If your answer is Yes, indicate the result:
Denied /unfounded

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Deprived of his 1st, 5th, 14th Amends for An "proactive outta STATE Transfer; for his protected conduct; As a party to various class actions cont.↓

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

On Nov-4-2020 I was transferred out of state to Nevada State Prison approved by Harold? Clarke (Director) under the False Pretenses
(SEE Cont. page →)

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$1,000.00 per day I am brutalized in NV and Transfer to state of my choice

G. If this case goes to trial do you request a trial by jury? Yes ✓ No ___

LR 78-1 oral arg.

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: June 26, 2022   SIGNATURE: _____

VERIFICATION:
I, Winston Nattie Reed, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: June 26, 2022   SIGNATURE: _____

Defendants

1. Warden Kiezer (Jeffery)
2. Assistant Warden (Shannon Fuller)
3. Unit manager Miller
4. Counslor Jackie Edwards
5. Medical supervisor Jane Doe / John Doe
6. Mental Health Jane Doe / John Doe
7. LT Day
8. LT Shepard
9. Trey Ford - Central Classification manager
10. James Parks - Director of offender management
11. A. David Robinson - Chief of operations
12. MDT Staff - Jane(s) / John(s) Does
13. Counslor Jackie Edwards
14. Trey Ford Central Classification Manager
15. A. David Robinson - Chief of corrections operations

Continuation                                                                 Pg 1

My Due process was Violated when I was shipped to NDOC on November 4th, 2020 under the false pretenses of "being involved in multiple gang altercations and cannot currently safely return to General population at any Level 5 institution"

All defendants named in the defendant(s) list because they neglected to fix the situation and/or had a hand in falsley presenting documentation or neglecting to put fourth any documentation from security, mental Health, and medical according to Operation procedure 020.2 Compact transfers (Interstate) of Incarcerated Offenders

1. Formal Due process Hearing states
"A classification hearing that requires prior notification to the offender indicating the reason for, purpose of, and possible results of the classification hearing, the offender's right to be present at the hearing and recieve notice of the results of the hearing and the reason for the decision. A Formal due process hearing is required when an offender is considered for an Administrative Compact Transfer"

This was violated when I was tricked by caseworker/ Counslor Jackie Edwards 8-7-2020 when he came to my cell 8-7-2020 with only the ICA Referral Notice stating that I would have a hearing for "Administrative Transfer out of State" and Section C (only) of my "out of state transfer" therefore violating my rights (Due process) to know why I was being considered for an out of state compact

Pg 2

2. I elected to attend my hearing which was conducted by ICA staff without my presence (Due process violation) because I was never notified about why I was never being sent out of state or to where because ICA, MDT knew that they were Falsley sending me out of state and I was being sent 40 plus states away and Kyle Rosch helped them with this

3. I grieved this issue asking and requesting to be present at my hearing and my DOC-11 on my out of state transfer to Warden fuller, Kizer, and unit manager miller telling them that they were violating my due process by neglecting me any copies of paper work and by not letting me attend my hearing and the grievance was Denied

4. On January 18, 2022 a letter was sent to me from Kyle Rusche sent me page(1) one of the interstate compact application (and this was the first time I ever seen this Document) and it state the False pretenses that Unit manager miller warden Kiser, and warden Fuller were trying to intentionally with full malice hide from me because they know that they were false. Because my Application stated multiple gang Altercations is the reason why I couldnt return to General population and saftey Issues when A Investigation was done at Wallens ridge which Is a level 5 was completed and I was in General

Pg 3

population at wallens ridge. and I have the Institutional write up to prove I was in General population, and most Importantly I heavily refuted that I was a gang member.

B- My classification hearing conducted by MDT staff and ICA staff and approved by Shannon D. Fuller Assistant Warden say nothing about my saftey being at risk and this was approved 7-7-2020

C- Another hearing was conducted by ICA and MDT Staff and Approved by Assistant Warden Fuller States me behavior improved and again nothing about my saftey and this was Approved 7-29-2020

D- and If it was any documentation on my saftey I was denied it (Due process violation)
And on 8-7-2020 (over a week later) ICA, MDT, Warden Fuller, Unit manager miller, and Warden Kiser comes up with the disposition that I cannot Safely return to General population at <u>any</u> level 5 institution
All parties named in this complaint because Operation procedure 020.2 Administrative compact Transfers- Facility Responsibility States
A. The counselor will ensure the Interstate compact transfer Application is completed in its entirety
B. The counselor will ensure that the offender is Provided an Institutional classification Authority Hearing

(4)

Notification as notice of the formal due process ICA hearing for interstate compact transfer in accordance with operating procedure 830.1, Facility Classification Management.

C. Institutional Classification Authority (ICA) will be responsible for reviewing the compact transfer requests and advancing recommendations to the facility Unit head. An administrative referral must be reviewed in a formal due process ICA hearing.

D. The facility Unit Head will review and approve or disapprove ICA compact transfer recommendations

E. The offender will be notified of the ICA's and Facility Unit Head's action by a copy of the Institutional Classification Hearing Authority report

9. If approved, a copy of the completed application will be attatched as an external document to the ICA hearing Notification in VACoris and escalated to the Interstate Corrections Compact coordinator, and must be accompanied by:

1. A medical (complete) Assessment - Interstate Compact 020 F7

5. And I have a grievance file from 2017 to 2019 in Red onion on my back pain from the neglegence of officers. I was verbally told by doctors at WRSP that I would be scheduled for an MRI if back pain persisted and I have several complaints and grievances on the issue of my back.

⑤ 

During the month of August my back was injured more severally and its on camera and the Issue could not be handled due to my mental health precautions.

Jane Doe / John Doe (medical supervisor) Put nothing in my medical file about my back Violating O.p. 026.a g. (mentioned on page 4) Which is a Violation of Due process and it Deliberate indifference, and negligence because this is causing me more pain going through the process of getting a MRI in NDOC because they say nothing is in my file about my back pain from UA

6. And nothing was in my file about my mental health when I was transferred From R.U.S.P From Risk management (Extreme mental health protocal) and I was on suicide watch over 2 times throughout my entire stay at R.U.S.P June to October. Which lead to more pain and suffering I even cut on my self and attempted suicide several times here in NDOC

So Jane/John Doe Violated my Due process by not Putting my mental health condition in my file

7. I Filed another grievance to Kyle Rosch on Jan 17, 2022 (no answer) Denied

8. I then Filed another grievance 4-20-22 which was Denied

In the denial Dated June 1, 2022 Kyle Rosch stated no due process was violated and attatched the ICA hearing notice that I signed 8-7-2020 and I noticed that my hearing was supposed to be on 8-10-2020 or after but the Application was Already Submitted 8-7-2020 (Due process Violation)

9. I Appealed to James Parks, Director of offender management services and he denied it with all the outstanding evidence dated July 12, 2022

10. Then noticing that the culture, security, medical, and mental health was so poor and how white and mexican Inmates work with the police to harm black people and I was expressing this I Read several Articles by Kevin Rashid Johnson # 1007485 and other Inmates who were sent on administrative transfers to the west coast and/or prisons like this From R.O.S.P and W.R.S.P. I now know that this was an attempt on my life So on July 17, 2022 I Sent certified mail with one more plea to prove good faith and attatched several documents proving that I was falsley transferred and my life was in serious danger to offender management

Plantiff prays that you grant relief on these several issues
                                              yours Truly
                                              LW M36996
                                              Winston Najee Reed

Winston NAsee Reed #
Ely state Prison
PO Box 1989
Ely nevada 89301-1989

United States D
Office of the Cl
210 Franklin
Roanoke VA

Legal Mail








7019 0700 0001 1029 4023

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 89301
02 4W $017.00⁰
0000349227 AUG 04 2022

District court
rks
 Road Room 540
 24011

Legal Mail